UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL MOSBY,<br><br>    Petitioner,<br><br> v.<br><br>GIGI MATTESON,<br><br>    Respondent. | Case No. 23-cv-00888 BLF (PR)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE**<br><br>(Docket No. 12) |

Petitioner, a California state prisoner, filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 9, 2023, the Honorable Magistrate Judge Joseph C. Spero issued an order to show cause. Dkt. No. 5. The matter was reassigned to the undersigned on May 15, 2023. Dkt. No. 8. Respondent filed an answer on June 21, 2023. Dkt. No. 10.

Petitioner has filed a motion for extension of time to file a traverse. Dkt. No. 12. Petitioner states that the prison library's computer system is currently not working, and that there are no law books available. *Id*. at 1. Good cause appearing, Petitioner's motion for an extension of time is **GRANTED**. Petitioner shall file a traverse **no later than thirty (30) days** from the date this order filed.

This order terminates Docket No. 12.

**IT IS SO ORDERED.**

Dated: ___**July 21, 2023**_____

*[signature]*

BETH LABSON FREEMAN
United States District Judge

Order Granting Petitioner's Mot. for Ext. of Time
P:\PRO-SE\BLF\HC.23\00888Mosby_eot-trav.docx